IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDGAR ESTARLIN PERALTA LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 322-102 |
| | ) | |
| WARDEN, FCI ELKTON, | ) | |
| | ) | |
| Respondent.[1] | ) | |

_____

**O R D E R**

_____

Based on Respondent's recent notice of Petitioner's address change following closure

of McRae Correctional Facility, and out of an abundance of caution, the Court **DIRECTS** the

**CLERK** to re-serve the Report and Recommendation, as well as the accompanying Order, on

Petitioner at his new address, and this Order shall be included in the same envelope.  The Court

extends the deadline for objecting until December 5, 2022.

SO ORDERED this 16th day of November, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The Court **DIRECTS** the **CLERK**, to update the docket in accordance with the above caption
to reflect the warden at Petitioner's current prison as the Respondent.  See Rumsfeld v. Padilla, 542
U.S. 426, 434-35 (2004) (explaining proper respondent in § 2241 case is warden of institution where
the petitioner is confined).