IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

EDGAR ESTARLIN PERALTA LOPEZ,  )
)
    Petitioner,  )
)
v.  )  CV 322-102
)
WARDEN, FCI ELKTON,  )
)
    Respondent.  )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion to dismiss, (doc. no. 3), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal.

SO ORDERED this 14th day of December, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE